| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, SBN 144074<br>Marcel F. Sincich, SBN 319508<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: 818.347.3333 | |
| ATTORNEY(S) FOR: Plaintiffs, Ali Mohammadinia, *et al.* | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MOHAMMADINIA; ARYA NIA; ROSE NIA; and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADINIA,<br>Plaintiff(s),<br>v.<br>CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and DOES 1-10, inclusive,<br>Defendant(s) | CASE NUMBER:<br>8:25-cv-02361<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Ali Mohammadinia, | 1. Plaintiff |
| 2. Arya Nia | 2. Plaintiff |
| 3. Rose Nia | 3. Plaintiff |
| 4. Khatareh Houshmandian | 4. Plaintiff |
| 5. City of Brea | 5. Defendant |
| 6. Richard Wildman | 7. Defendant |
| 8. Joseph Miraglia | 8. Defendant |
| 9. Connor Spencer | 9. Defendant |
| 10. Ryan Cardenas | 10. Defendant |

| | |
|---|---|
| October 17, 2025<br>Date | /s/ Marcel F. Sincich<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Ali Mohammadinia, et al.