**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADINIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:25-cv-02361-MRA-KES<br><br>**PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS** |

1 | TO THIS HONORABLE COURT:

2 |     Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and a written
3 | agreement between the parties, Plaintiffs hereby submit their proof of service of
4 | the Amended Complaint, and Summons on Defendants' CITY OF BREA,
5 | RICHARD WILDMAN, JOSEPH MIRAGLIA, CONNOR SPENCER AND
6 | RYAN CARDENAS (attached hereto as Exhibit "A").

9 | DATED: February 6, 2026      **LAW OFFICES OF DALE K. GALIPO**

/s/   *Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiffs*

2

PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS