# EXHIBIT A

# Leslie De Leon

| | |
|---|---|
| **From:** | Bruce D. Praet <bpraet@aol.com> |
| **Sent:** | Friday, January 23, 2026 3:42 PM |
| **To:** | Leslie De Leon |
| **Cc:** | Marcel Sincich |
| **Subject:** | Re: Ali Mohammadinia et al. v. City of Brea et al.;  Case 8:25-cv-02361-MRA-KES |

**Caution**: External (bpraet@aol.com)

First-Time Sender   Details



Safe  Spam  Phish  More...  FAQ  Protection by INKY

Leslie -  Given the history of  cooperation between our offices over the years, I've checked to verify that all individually named officers are still with the City so I'm fine accepting all service.  THX

Bruce D. Praet
Jones-Mayer
3777 N. Harbor Blvd.
Fullerton, CA  92835
(714) 446-1400

**I DO NOT ACCEPT SERVICE OR EX-PARTE NOTICE BY EMAIL OR VOICEMAIL.  THIS MESSAGE IS CONFIDENTIAL.  This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. You may not print, distribute, or copy this message or any attachments.  If you have received this electronic message in error, please notify the sender by return e-mail and delete the electronic message and any attachments.**

On Thursday, January 22, 2026 at 02:43:17 PM PST, Leslie De Leon <ldeleon@galipolaw.com> wrote:

Good afternoon Counsel,

We are reaching out to inquire if you can accept service of the summons and complaint on behalf of the defendants on the above-captioned case.

If yes, please let us know and I will forward the documents accordingly.

Thank you.

**Best Regards,**

**Leslie R. De Leon**

**Leslie R. De Leon, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: ldeleon@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case