1 | Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREA ; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:25-cv-02361-MRA-KES<br><br>*Assigned for all Purposes to:*<br>*The Honorable: Mónica Ramirez Almadani/Magistrate: John D. Early*<br><br>*Courtroom: 9B*<br><br>**FIRST STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE.**<br><br><br><br>First Amended Complaint<br>Filed: January 2, 2026 |

IT IS HEREBY STIPULATED and respectfully requested by all parties through their respective counsel of record that the Court continue the current Scheduling Conference date of April 14, 2026, at 11:00 a.m. to a new date at least two weeks thereafter at the Court's convenience due to a trial conflict for all counsel. The Court's Order Setting Scheduling Conference [Dkt. 14] expressly requires that trial counsel for the parties appear at the scheduling conference.

However, trial counsel in the instant case are coincidentally both set to commence trial on the same date (April 14, 2026) in an unrelated officer-involved shooting case in Judge Garnett's courtroom, USDC Case No. 8:22-cv-00131 SPG. In light of the trial conflict and the Court's requirement that trial counsel appear at the scheduling conference, it is respectfully submitted that good cause exists to continue the current Scheduling Conference date for at least two weeks.

Dated:  February 25, 2026                JONES-MAYER

                                          By: /s/ Bruce D. Praet
                                             Bruce D. Praet, Attorneys Defendants

Dated:  February 25, 2026                LAW OFFICES OF DALE K. GALIPO

                                          By:   /s/ Dale K. Galipo
                                             Dale K. Galipo, Attorneys for Plaintiffs

I hereby certify that counsel for Plaintiffs has authorized his /s/ signature to this stipulation.

Dated: February 25, 2026                 By: /s/ Bruce D. Praet
                                             Bruce D. Praet, Attorneys Defendants



- 2 -

**FIRST STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE**