

| | |
|---|---|
| ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREA ; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:25-cv-02361-MRA-KES<br><br>*Assigned for all Purposes to:*<br>*The Honorable: Mónica Ramirez Almadani/Magistrate: John D. Early*<br><br>*Courtroom: 9B*<br><br>**[PROPOSED] ORDER TO FIRST STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br><br>First Amended Complaint<br>Filed: January 2, 2026 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

-1-

**[PROPOSED] ORDER TO FIRST STIPULATED REQUEST
TO CONTINUE SCHEDULING CONFERENCE**

1  On February 25, 2026, the Parties filed a Stipulation to Continue the Scheduling Conference date of April 14, 2026, to a date at least two weeks thereafter at the Court's convenience.

The Court, having considered Plaintiffs' and Defendants' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS that the Scheduling Conference has been rescheduled to _____, 2026, at 11:00 A.M.

IT IS SO ORDERED.

Dated: _____, 2026

_____
Hon. Monica Ramirez Almadani
United States District Judge



- 2 -

**[PROPOSED] ORDER TO FIRST STIPULATED REQUEST
TO CONTINUE SCHEDULING CONFERENCE**