**APPENDIX A**
JUDGE MÓNICA RAMÍREZ ALMADANI
SCHEDULE OF PRETRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The Court ORDERS the parties to make every effort to agree on dates.**

| **Case No.** 8:25-cv-02361-MRA-KES | **Case Name:** Mohammadinia, et al. v. City of Brea, et al. | |
|---|---|---|
| **Final Pretrial Conference Dates** | **Parties' Joint Date MM/DD/YYYY** | **Court Order** |
| Check one:  ■ Jury Trial   or   □ Court Trial  *[The Court sets the trial date at the Final Pretrial Conference]*  Estimated Duration, in days: 7-10 | N/A | N/A |
| Final Pretrial Conference ("FPTC") [L.R. 16] *[Tuesday at 1:30 p.m., within 12 months of Scheduling Conference]* | 07/06/2027 | |

| **Event[1]** *Note: Motion Hearings must be on Tuesdays at 10:00 a.m. Other dates can be any day of the week.* | **Weeks Before FPTC[2]** | **Parties' Joint Date MM/DD/YYYY** | **Court Order** |
|---|---|---|---|
| Opposition to Motions in Limine Filing Deadline | 3 | 06/15/2027 | |
| Motions in Limine Filing Deadline | 4 | 06/08/2027 | |
| Settlement Conference Completion Date [L.R. 16-15] *Select one:*  □ Mag. Judge  □ Panel  ■ Private | 5 | 06/01/2027 | |
| Last Date to *HEAR* Daubert Motions **[Tuesday]** | 8 | 05/11/2027 | |
| Last Date to *HEAR* Non-Discovery Motions **[Tuesday]** (*see* Procedures page for Rule 56 Motion deadlines) | 12 | 04/13/2027 | |
| Expert Discovery Cut-Off | 14 | 03/30/2027 | |
| Expert Disclosure (Rebuttal) | 17 | 03/09/2027 | |
| Expert Disclosure (Initial) | 21 | 02/09/2027 | |
| Non-Expert Discovery Cut-Off (no later than deadline for *filing* dispositive motions) | 24 | 01/19/2027 | |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties **[Tuesday]** *90 days after Rule 16 Scheduling Conference* | | 08/04/2026 | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] This is the Court's recommended default timeline for certain events. The parties may propose alternate dates based on the needs of each individual case.

1.