Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:25-cv-02361-MRA-KES<br><br>*Assigned for all Purposes to: The Honorable: Mónica Ramirez Almadani/Magistrate: Karen E. Scott*<br><br>**NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE**<br><br>**DATE: October 8, 2026**<br>**TIME: 9:30 A.M.** |

PLEASE TAKE NOTICE that an informal discovery conference (IDC) has been scheduled to occur telephonically with Magistrate Judge Scott on October 8, 2026, at 9:30 a.m. The parties shall file their respective letter briefs of no more than three (3) pages on or before October 7, 2026, addressing the issues of Plaintiffs' objections and refusal to produce records and interrogatory responses related to

decedent's medical, psychiatric and drug/alcohol history.

The parties shall participate by calling the Court at (713) 475-3442, ID# 97700274, on October 8, 2026, at 9:30 a.m.

Dated: October 2, 2026 JONES-MAYER

By: /s/ Bruce D. Praet
Bruce D. Praet,
Attorneys Defendants