Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,

Plaintiffs,

v.

CITY OF BREA ; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and Does 1 through 10, Inclusive,

Defendants.

Case No: 8:25-cv-02361-MRA-KES

*Assigned for all Purposes to:*
*The Honorable: Mónica Ramirez Almadani/Magistrate: Karen E. Scott*

*Courtroom: 9B*

**[PROPOSED] ORDER ON STIPULATION TO EXTEND CURRENT PRETRIAL SCHEDULE**

First Amended Complaint
Filed: January 2, 2026

Upon consideration of the Parties' First Stipulated Request to Extend Current Pretrial Schedule and good cause appearing to the satisfaction of the Court therefrom:

**IT IS HEREBY ORDERED THAT:**

1. The remaining dates on the current Pretrial Schedule be continued for____________ days, or as soon thereafter as the Court's calendar allows; and

2. That all related pre-trial dates shall be continued in accordance with this Order.

**IT IS SO ORDERED.**

Dated: ___________, 2026

________________________________________

HONORABLE MÓNICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE