UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,

Plaintiffs,

v.

CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and DOES 1-10, inclusive,

Defendants.

Case No: 8:25-cv-02361-MRA-KES

*Assigned for all Purposes to:*
*The Honorable Judge Mónica Ramirez Almadani*
*Magistrate Judge Karen E. Scott*

*Courtroom: 9B*

**[PROPOSED] ORDER RE: FIRST STIPULATED REQUEST TO EXTEND CURRENT PRETRIAL SCHEDULE**

Complaint Filed: October 17, 2025
First Amended Complaint
Filed: January 2, 2026



JONES MAYER LAW

Upon consideration of the Parties' First Stipulated Request to Extend Current Pretrial Schedule and good cause appearing to the satisfaction of the Court therefrom:

IT IS HEREBY ORDERED THAT:

The Pretrial Schedule [Doc. 21-1] shall be extended in accordance with the attached Appendix A.

Dated: ___________________

_________________________________
Honorable Mónica Ramírez Almadani
United States District Judge