UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALI MOHAMMADINIA; ARYA NIA; ROSE NIA, and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,

Plaintiffs,

v.

CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and DOES 1-10, inclusive,

Defendants.

Case No: 8:25-cv-02361-MRA-KES

*Assigned for all Purposes to:*
*The Honorable Judge Mónica Ramirez Almadani*
*Magistrate Judge Karen E. Scott*

*Courtroom: 9B*

**ORDER RE: FIRST STIPULATED REQUEST TO EXTEND CURRENT PRETRIAL SCHEDULE [28]**

Complaint Filed: October 17, 2025
First Amended Complaint Filed: January 2, 2026





JONES MAYER LAW

Upon consideration of the Parties' First Stipulated Request to Extend Current Pretrial Schedule and good cause appearing to the satisfaction of the Court therefrom:

IT IS HEREBY ORDERED THAT:

The Pretrial Schedule [Doc. 21-1] shall be extended in accordance with the attached Appendix A.

Dated: October 23, 2026

Mónica R. Al[illegible]

Honorable Mónica Ramírez Almadani
United States District Judge

**APPENDIX A**
JUDGE MÓNICA RAMÍREZ ALMADANI
SCHEDULE OF PRETRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No. 8:25-cv-02361-MRA-KES | Case Name: Mohammadinia et al. v. City of Brea et al. | | |
|---|---|---|---|
| **Final Pretrial Conference Dates** | | **Parties' Joint Date MM/DD/YYYY** | **Court Order** |
| Check one: ■ Jury Trial or ☐ Court Trial<br>***[The Court sets the trial date at the Final Pretrial Conference]***<br>Estimated Duration, in days: 7-10 Days | | N/A | N/A |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>***[Tuesday at 1:30 p.m., within 12 months of Scheduling Conference]*** | | 08/10/2027 | |
| **Event[1]**<br>***Note: Motion*** Hearings must be on **Tuesdays at 10:00 a.m.** Other dates can be any day of the week. | **Weeks Before FPTC[2]** | **Parties' Joint Date MM/DD/YYYY** | **Court Order** |
| Opposition to Motions in Limine Filing Deadline | 3 | 07/13/2027 | |
| Motions in Limine Filing Deadline | 4 | 07/06/2027 | |
| Settlement Conference Completion Date [L.R. 16-15] ***Select one:***<br>☐ Mag. Judge<br>☐ Panel<br>■ Private | 5 | 06/22/2027 | |
| Last Date to ***HEAR*** Daubert Motions **[Tuesday]** | 8 | 06/08/2027 | |
| Last Date to ***HEAR*** Non-Discovery Motions **[Tuesday]**<br>(*see* Procedures page for Rule 56 Motion deadlines) | 12 | 05/11/2027 | |
| Expert Discovery Cut-Off | 14 | 04/20/2027 | |
| Expert Disclosure (Rebuttal) | 17 | 03/29/2027 | |
| Expert Disclosure (Initial) | 21 | 03/02/2027 | |
| Non-Expert Discovery Cut-Off<br>(no later than deadline for *filing* dispositive motions) | 24 | 02/09/2027 | |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties ***[Tuesday] 90 days after Rule 16 Scheduling Conference]*** | | N/A | N/A |

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] This is the Court's recommended default timeline for certain events. The parties may propose alternate dates based on the needs of each individual case.