**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALI MOHAMMADINIA; ARYA NIA; ROSE NIA; and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,

Plaintiffs,

v.

CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and DOES 1-10, inclusive,

Defendants.

Case No. 8:25-cv-02361-MRA-KES

[*Honorable Monica Ramirez Almadani Magistrate Judge Karen E. Scott*

**JOINT REQUEST FOR ORDER re. PRODUCTION OF RECORDS FROM ATASCADERO STATE HOSPITAL**

**DISCOVERY MATTER**

**TO THIS HONORABLE COURT:**

Plaintiffs ALI MOHAMMADINIA; ARYA NIA; ROSE NIA; and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA, and Defendants CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; and RYAN CARDENAS (the "Parties") hereby request an order regarding production of records from Atascadero State Hospital to Plaintiffs' counsel only as follow:

1. A discovery dispute has arisen between the Parties with regard to the production of certain records for which Plaintiffs object on the ground of privilege, including 42 C.F.R. Part II.

2. Defendants have requested Decedent's records from Atascadero State Hospital.

3. Plaintiffs objected and provided a privilege log stating that the records contain information that is outside the scope of discovery pursuant to Rule 26 as they are not reasonably calculated to lead to admissible evidence, not proportional to the needs of the case, and not relevant to any claim or defense particularly because it is information unknown (*Tennessee v. Garner*, 471 U.S. 1, 26 (1985)); confidential, privacy, and HIPAA; and privilege including doctor-patient privilege, psychotherapist-patient privilege (*Jaffee v. Redmond*, 518 U.S. 1 (1996); FRE 501), and 42 CFR Part 2.

4. Plaintiffs have requested the records from Atascadero State Hospital for inspection and to provide additional information as to the substance of objections and/or additional objections if necessary, and so that the Parties could present that information to the Court by further Informal Discovery Conference if necessary.

5. Atascadero State Hospital has informed Plaintiffs that they will not release any records, because they are privileged and survive death, unless the request is accompanied by a waiver signed during the lifetime of the Decedent

(which Plaintiffs do not have), or by Court order.

6. Our of an abundance of caution so as to not prolong the production process, the Parties have agreed to include an order from the court, as follows, with a subpoena for production of records.

7. The ordered production will specify that any and all records related to Decedent MOHAMMAD MOHAMMADI NIA in the possession, custody, or control of Atascadero State Hospital shall be produced to Plaintiffs' counsel only.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: October 30, 2026 **LAW OFFICE OF DALE K. GALIPO**

By: *___/s/ Marcel F. Sincich___*
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiffs*

DATED: October 30, 2026 **JONES MAYER**

By: *___/s/ Bruce D. Praet___*
Bruce D. Praet
*Attorneys for Defendants*