**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALI MOHAMMADINIA; ARYA NIA; ROSE NIA; and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA,

Plaintiffs,

v.

CITY OF BREA; RICHARD WILDMAN; JOSEPH MIRAGLIA; CONNOR SPENCER; RYAN CARDENAS; and DOES 1-10, inclusive,

Defendants.

Case No. 8:25-cv-02361-MRA-KES

[*Honorable Monica Ramirez Almadani*
*Magistrate Judge Karen E. Scott*

**[PROPOSED] ORDER re. PRODUCTION OF RECORDS FROM ATASCADERO STATE HOSPITAL**

**DISCOVERY MATTER**

**PROPOSED ORDER**:

Pursuant to the Joint Request for Order re. Production of Records from Atascadero State Hospital filed by the Parties in this action, and good cause appearing therefrom, it is hereby ordered as follows:

Custodian of Records for Atascadero State Hospital and any responsible person subject to this order. Production of any and all records related to Decedent MOHAMMAD MOHAMMADI NIA in the possession, custody, or control of Atascadero State Hospital shall be produced to Plaintiffs' counsel only, and no other persons absent any subsequent Court order.

Plaintiffs' Counsel is as follows:

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074), dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508), msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367
Phone: (818) 347-3333, Fax: (818) 347-4118
*Attorneys for Plaintiffs* ALI MOHAMMADINIA; ARYA NIA; ROSE NIA; and KHATAREH HOUSHMANDIAN; each individually and on behalf of decedent MOHAMMAD MOHAMMADI NIA.

**IT IS SO ORDERED.**

DATED: ______________________ ______________________________

Honorable Karen E. Scott
United States Magistrate Judge